MANATT, PHELPS & PHILLIPS, LLP
JOSEPH E. LASKA (Bar No. 221055)
Email: jlaska@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

JUSTIN JONES RODRIGUEZ (Bar No. 279080)
Email: jjrodriguez@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

REBECCA A. FINKEL (admitted pro hac vice)
Email: rfinkel@manatt.com
151 North Franklin Street, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 477-4772
Facsimile: (312) 529-6315

Attorneys for Defendant
BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH
INSURANCE COMPANY

Additional counsel listed on next page.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOOJAS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:22-cv-03267-MMC<br><br>Hon. Maxine M. Chesney<br><br>**STIPULATION TO EXTEND DEFENDANT BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY'S DEADLINE TO RESPOND TO THE AMENDED COMPLAINT BY 14 DAYS AND [PROPOSED] ORDER**<br><br>[L.R. 6-2] |

Plaintiff Saloojas Inc. ("Plaintiff") and Defendant Blue Shield of California Life and Health Insurance Company ("Blue Shield"), through their counsel of record and in accordance with Local Rules 6-2 and 7-12, stipulate as follows:

1. Plaintiff filed the amended complaint in this action on October 24, 2022 (ECF No. 28) and filed two additional documents titled "Amended Complaint—*corrected version*" on October 26, 2022 (ECF Nos. 29, 30).

2. Under Rule 15 of the Federal Rules of Civil Procedure, the original deadline for Blue Shield to respond to the amended complaint (ECF No. 28) is November 7, 2022.

3. Blue Shield seeks and Plaintiff has agreed to an extension of 14 days for Blue Shield to answer, move against, or otherwise respond to the amended complaint. Blue Shield's new deadline, if approved by the Court, will be November 21, 2022.

4. Good cause exists for the extension because Blue Shield's counsel has several conflicts during the next two weeks, including complex motion practice and out-of-town depositions in other complex matters. Blue Shield thus needs additional time to respond to the amended complaint.

5. The extension does not alter the date of any event or any deadline already fixed by Court order.

6. The stipulation is filed in accordance with the requirements of Local Rule 6-2.

SO STIPULATED.

Dated: October 31, 2022          MANATT, PHELPS & PHILLIPS, LLP


By:  /s/ Joseph E. Laska
     Joseph E. Laska
     Attorneys for Defendant
     BLUE SHIELD OF CALIFORNIA LIFE & HEALTH
     INSURANCE COMPANY

\* Under Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 31, 2022          LAW OFFICE OF MICHAEL LYNN GABRIEL


By:  /s/ Michael Lynn Gabriel
     Michael Lynn Gabriel
     Attorneys for Plaintiff
     SALOOJAS INC.

## **PROPOSED ORDER**

For good cause shown, the Court approves the stipulation. Defendant Blue Shield of California Life & Health Insurance Company's deadline to respond to the amended complaint is extended by 14 days to November 21, 2022.

SO ORDERED.


Dated: _____, 2022

By: _____
    Hon. Maxine M. Chesney
    United States District Judge