UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOOJAS, INC., <br><br> Plaintiff. <br><br> v. <br><br> BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, <br><br> Defendant. | Case No. 22-cv-03267-MMC <br><br> **JUDGMENT IN A CIVIL CASE** <br><br> Re: Dkt. No. 43 |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendant's motion to dismiss and strike is GRANTED, Claims I and II are STRICKEN and Claims III and IV are hereby DISMISSED without further leave to amend.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 1/6/2023

Mark B. Busby, Clerk of Court

*Tracy Geiger*
Tracy Geiger
Deputy Clerk